UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM KRAMER & ASSOCIATES, LLC,<br><br>Defendant. | Case No. 8:16-cv-02324-EAK-TBM |

## **[PROPOSED] ORDER**

Having reviewed the Parties' Agreed Motion to Extend Time to Answer Plaintiff's Complaint, and determined that the agreed extension will not affect any deadlines in the current scheduling order, it is hereby

ORDERED that the deadline for Defendant William Kramer & Associates LLC to answer or otherwise respond to the Complaint of Plaintiff Evanston Insurance Company, is extended to September 27, 2016.

SO ORDERED:

_____