# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

EVANSTON INSURANCE COMPANY
as successor by merger to Essex
Insurance Company,

    Plaintiff,                                     Case No. 8:16-cv-02324-TPB-TBM

vs.

WILLIAM KRAMER & ASSOCIATES, LLC,
a Florida Foreign limited liability company,

    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT WILLIAM KRAMER & ASSOCIATES, LLC'S RENEWED MOTION TO DISMISS THE COMPLAINT

COMES NOW, the Plaintiff, EVANSTON INSURANCE COMPANY, by and through their undersigned counsel, hereby respectfully requests this Court grant an extension of time within which to file their response to Defendant William Kramer & Associates, LLC's Renewed Motion to Dismiss the Complaint [D.E. 37], and states as grounds the following:

1. On August 6, 2019, Defendant filed William Kramer & Associates, LLC's Renewed Motion to Dismiss the Complaint [D.E. 37].

2. Pursuant to Endorsed Order [D.E. 35] Plaintiff's response is due on or before August 20, 2019.

3. However, Plaintiff requires additional time and requests a short extension of time to respond.

4. Plaintiff's request is made in good faith.

5. No party will be prejudiced by this brief extension and this brief extension will not affect any current deadlines in this case.

6. Pursuant to Federal Rule of Civil Procedure 6(b), this Court has the authority to grant the relief requested herein and has broad discretion under this rule to expand filing deadlines. *See Hetzel v. Bethlehem Steel Corp.,* 50 F.3d 360, 367 (5th Cir. 1995).

WHEREFORE, Plaintiff, EVANSTON INSURANCE COMPANY, respectfully requests this Court enter an Order enlarging the time within which Plaintiff must file its response to Defendant William Kramer & Associates, LLC's Renewed Motion to Dismiss the Complaint by *fourteen (14) days*, through and including September 3, 2019.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff has conferred with counsel for Defendant, and counsel for Defendant does not oppose the granting of the relief requested herein.

Respectfully submitted this 14th day of August, 2019.

    Respectfully Submitted

    */s/ Jeffrey W. Gibson*
    JEFFREY W. GIBSON
    Florida Bar No. 0568074
    ASHLEY E. TAYLOR
    Florida Bar No. 049406
    MACFARLANE FERGUSON & MCMULLEN
    201 North Franklin Street
    Tampa, Florida 33601
    (813) 273-4200/(813) 273-4396 (fax)
    Counsel for Evanston Insurance Company

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email and electronically with the Clerk of Court by using the *CM/ECF* system which will send a notice of electronic filing to Charles C. Lemley, Esquire, clemley@wileyrein.com, Counsel for Defendant, on this 14th day of August, 2019.

                                                   Respectfully submitted,

                                                   */s/ Jeffrey W. Gibson*
                                                   JEFFREY W. GIBSON
                                                   Florida Bar No.  0568074