UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM KRAMER & ASSOCIATES, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 8:16-cv-02324-TPB-SPF |

**AGREED MOTION TO CONTINUE THE DEADLINE**
**FOR FILING AN AMENDED CASE MANAGEMENT REPORT**

Pursuant to Local Civil Rule 3.01, Defendant William Kramer & Associates, LLC ("Kramer"), with the consent of Plaintiff Evanston Insurance Company ("Evanston"), files this motion seeking an Order continuing the deadline for filing an amended case management report until thirty (30) days after the Court rules on Kramer's pending Renewed Motion to Dismiss the Complaint (ECF No. 37). Kramer submits the following memorandum of law in support of this motion.

**MEMORANDUM OF LAW**

1. Evanston filed this Action on August 15, 2016. *See* ECF No. 1.

2. On September 9, 2016, Evanston filed a motion to stay all proceedings in this matter pending the outcome of an appeal being pursued by Evanston in the United States Court of Appeals for the Second Circuit (the "Second Circuit"). *See* ECF No. 7.

3. On September 23, 2016, Kramer filed a motion to dismiss the complaint. *See* ECF No. 9.

4. The parties filed a case management report on December 6, 2016 and the Court issued a scheduling order on December 8, 2016. *See* ECF Nos. 16 & 18.

5. On December 20, 2016, the Court (J. Kovachevich) granted Evanston's motion to stay, directed the parties to notify the Court of the Second Circuit's decision within five (5) days of the mandate, and directed the Clerk of Court to administratively close the case. In addition, the Court granted Kramer leave to reassert the arguments in its motion to dismiss and any new arguments upon the stay being lifted. *See* ECF No. 21.

6. On July 17, 2019, Kramer notified the Court that the Second Circuit had issued a mandate affirming the judgment of the United States District Court for the District of Connecticut in Kramer's favor. *See* ECF No. 34.

7. On the same day, the Court re-opened the Action and invited Kramer to file any renewed motion to dismiss by August 6, 2019. *See* ECF No. 35. The Court also instructed the parties to submit an amended case management report by August 16, 2019. *Id*.

8. Kramer filed a Renewed Motion to Dismiss the Complaint on August 6, 2019. ECF No. 37. On August 14, 2019, Evanston sought leave for a 14-day extension to respond to Kramer's Motion, or until September 3, 2019. *See* ECF No. 39.

9. In the interests of judicial economy, Kramer requests that the Court continue the deadline for filing an amended case management report until thirty (30) days after a ruling on Kramer's pending Renewed Motion to Dismiss the Complaint (ECF No. 37), if the

-3-

case is not dismissed.  Kramer has conferred with counsel for Evanston, who consents to this motion.

**WHEREFORE**, Kramer respectfully requests that the Court grant its motion and enter an Order continuing the deadline for filing an amended case management report until thirty (30) days after the Court rules on Kramer's pending Renewed Motion to Dismiss the Complaint (ECF No. 37).

### Rule 3.01(g) Certification

Pursuant to Rule 3.01(g), Kramer conferred with counsel for Evanston, who consents to this motion.

Dated: August 15, 2019

                                                  Respectfully submitted,

                                                   /s/ Charles C. Lemley  
                                                  Charles C. Lemley  
                                                  Florida Bar No. 0016314  
                                                  Clemley@wileyrein.com  
                                                  WILEY REIN LLP  
                                                  1776 K Street NW  
                                                  Washington, DC  20006  
                                                  (202) 719-7000  
                                                  (202) 719-7049 (facsimile)

                                                  *Attorneys for Defendant William Kramer*  
                                                  *& Associates LLC*

-4-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received Notices of Electronic Filing.

      Respectfully submitted,

      /s/ Charles C. Lemley
      Charles C. Lemley
      Florida Bar No. 0016314