UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:16- CV-02324-EAK-TBM

EVANSTON INSURANCE COMPANY,

     Plaintiff,

v.

WILLIAM KRAMER & ASSOCIATES,
LLC,

     Defendant.

_____/

## **DEFENDANT'S NOTICE OF APPEARANCE**

**John Cody German, Esq**. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of his appearance on behalf of Defendant, WILLIAM KRAMER & ASSOCIATES, LLC, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

CASE NO.: 8:16-cv-02324-EAK-TBM

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 31st day of October, 2019, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant WILLIAM KRAMER &*
> *ASSOCIATES, LLC*
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33256
> Telephone (786) 268-6415
> Facsimile (305) 373-2294
> Primary e-mail: cody.german@csklegal.com
> Alternate e-mail: lisa.butts@csklegal.com

By:   s/ John Cody German
> JOHN CODY GERMAN
> Florida Bar No.:  58654